Commonwealth ex rel. Tucker, Appellant, *v.* Hahn.

Argued March 22, 1973. *John K. Reilly, Jr.,* for appellant; *John B. Gates,* for appellee.

Order affirmed.